UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENDA J. LUMSDEN,<br><br>       Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>       Defendant. | Case No. 11-5160 RBL-KLS<br><br>REPORT AND RECOMMENDATION |

  This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on the stipulated motion for remand. (ECF #25). After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

  This Court recommends that on remand the Administrative Law Judge (ALJ) shall hold a new hearing. The ALJ shall also request an updated medical assessment from Plaintiff's treating physician, Wen Sen Lum, M.D., to clarify his opinion about Plaintiff's ability to perform exertional and non-exertional tasks. Finally, the ALJ shall re-assess Plaintiff's credibility and residual functional capacity in light of the updated medical evidence.

  Plaintiff is entitled to court filing fee costs of $350 pursuant to 28 U.S.C. § 2412(a) (cross-referencing 28 U.S.C. § 1920), upon proper request to this Court.

REPORT AND RECOMMENDATION - 1

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.** A proposed order accompanies this Report and Recommendation.

DATED this 3rd day of October, 2011.

Karen L. Strombom
United States Magistrate Judge